## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TERRY DEWAYNE TABOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-25-781-PRW |
| | ) | |
| BECKHAM COUNTY DETENTION | ) | |
| CENTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the Court is Magistrate Judge Shon Erwin's Report and Recommendation (Dkt. 38) recommending that the Court dismiss Plaintiff's Complaint (Dkt. 1) for failure to state a claim. Magistrate Judge Erwin advised Plaintiff of his right to object to the Report and Recommendation and that any failure to object would result in a waiver of the right to appellate review.[1] Plaintiff has filed no objection to the Report and Recommendation.

This Court has reviewed Magistrate Judge Erwin's Report and Recommendation (Dkt. 38) and agrees with the reasoning and conclusions therein. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation (Dkt. 38) in full. Plaintiff's Complaint (Dkt. 1) is **DISMISSED WITHOUT PREJUDICE**.

---

[1] *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996).

**IT IS SO ORDERED** this 12th day of June 2026.

_____
PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE